| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 2003**

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, fi     middle initial)* <br> Frank Montalvo | 2. Court or Organization <br> Western District of Texas, El Paso division | 3. Date of Report <br> May 7, 2004 <br> amended 8/13/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> District Judge- Active | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial  _X_ Annual  ___ Final | 6. Reporting Period <br> 1-1-03 to 12-31-03 |
| 7. Chambers or Office Address <br> 511 East San Antonio Ave. Room 409 <br> El Paso, TX 79901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Chairman | State of Texas Court Reporters Certification Board |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 2003 | Bexar County, Texas _ retirement pension to begin at age 60 |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 1/1 to 8/7/03 | State of Texas | $ 66,748.05 |
| 2 1/1 to 8/7/03 | Bexar County, Texas | $ 5,425.13 |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2003 | San Antonio College | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Frank Montalvo | May 7, 2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Checci and Company Consulting | Transportation, lodging and food for trip to Colombia to speak at conference, 10/8 to 10/10/03. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | San Antonio Bar Foundation | Investiture preparations, ceremony & reception | $ 11,000.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Frank Montalvo | May 7, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Vanguard IRA Funds Held: | | | | | | | | | |
| 2 European Stock Index | A | Dividend | J | T | | | | | |
| 3 Health Care | A | Dividend | K | T | | | | | |
| 4 Health Care | A | Distribut | K | T | | | | | |
| 5 International Growth | A | Dividend | J | T | | | | | |
| 6 Total Stock Mkt Index | A | Dividend | L | T | Rollover | 9/29 | K | N/A | |
| 7 Capital Opportunity | A | Dividend | M | T - | Rollover | 9/29 | K | N/A | |
| 8 Wellesley Income | A | Dividend | J | T | | | | | |
| 9 Prime Money Market | none | N/A | J | T | | | | | |
| 10 Vanguard IRA stocks held: | | | | | | | | | |
| 11 Agere Sys C1A | none | N/A | J | T | - | | | | |
| 12 Agere Sys Inc ClB | none | N/A | J | T | | | | | |
| 13 Avaya Inc. Com | none | N/A | J | T | | | | | |
| 14 Ford Motor Co. Com | A | Dividend | J | T | | | | | |
| 15 Lucent Technologies Com | none | N/A | J | T | | | | | |
| 16 Telecommunication Sys Cl A | none | N/A | J | T | | | | | |
| 17 Visteon Corp. Com | A | Dividend | J | T | - | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  Texas Saver 401k: | | | | | | | | | |
| 19  Fidelity US Bond Index | A | Dividend | J | T | | | | | |
| 20  ATT Wireless Svcs | none | N/A | J | T | | | | | |
| 21  Agere Sys Cl B | none | N/A | | | Sale/transfer | 12/08 | J | loss | |
| 22  Amerindo Tech Fund | none | N/A | J | T | | | | | |
| 23  Dreyfus Midcap Value Fund | none | N/A | J | T | | | | | |
| 24  Janus Specialty Equity | none | N/A | J | T | | | | | |
| 25  Lucent Technologies | none | N/A | J | T | | | | | |
| 26  Northern Midcap Growth | none | N/A | J | T | | | | | |
| 27  Northern Technology | none | N/A | J | T | | | | | |
| 28  SBC Communications | A | Dividend | J | T | | | | | |
| 29  Schwab Total Stk. Index | A | Dividend | J | T | | | | | |
| 30  Telecomm. Sys Cl A | none | N/A | J | T | | | | | |
| 31  Schwab Govt. Money Fd. | A | Dividend | J | T | from 21 above | 12/08 | J | | |
| 32  IRA accounts ▓▓▓▓: | | | | | | | | | |
| 33  Fidelity Independence Fund IRA | A | Dividend | K | T | from 34 below | 4/14 | J | | |
| 34  Safeco Equity Fund IRA (X) | A | Dividend | | | sale/transfer | 4/09 | J | loss | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appr i al U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cas /Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank Montalvo | May 7, 2004 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Texas Tomorrow Fund | B | Dividend | K | T | | | | | |
| 36 Bexar County 457 Plan: | | | | | | | | | |
| 37 Janus Aspen | A | Dividend | J | T | | | | | |
| 38 Compt. Judiciary 457 plan: | | | | | | | | | |
| 39 ING Solomon Brothers | A | Dividend | | | Sale/transfer to 41 & 42 | 4/11 | J | loss | |
| 40 Janus Aspen | A | Dividend | | | Sale/transfer to 41&42 | 4/11 | J | loss | |
| 41 Fidelity US Bond Index Fd | A | Dividend | J | T | from 39 & 40 above | 4/11 | J | | |
| 42 Vanguard Inst. Index Fd | A | Dividend | J | T | from 39 & 40 above | 4/11 | J | | |
| 43 Teachers Ret. System████ | A | Interest | J | T | | | | | |
| 44 Deleted duplicate entry of line 35 | | | | | | | | | |
| 45 Retirement System of Texas | D | Interest | | | Redem/Roll | 9/29 | L | E | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=C h/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

<u>Regarding section IV, Reimbursements</u>: Checci and Company Consulting is the administrator of a grant from the United States Agency for International Development to the Republic of Colombia for the improvement of the judicial system in Colombia. I was invited and traveled to Colombia to speak at the "Primer Encuentro Nacional entre la Justicia Formal y la Conciliación en Equidad".

<u>Regarding section V, Gifts</u>: Cash donations were made by various sponsors and given to the San Antonio Bar Foundation. The San Antonio Bar Foundation planned and paid all expenses attributable to the Investiture ceremony. This was a joint ceremony held for another newly appointed district judge and me. The amount listed is approximately one-half of monies received by the San Antonio Bar Foundation.

<u>Regarding section VII, Investments and trusts</u>: Retirement System of Texas (item 45) was redeemed upon termination of employment with the state of Texas, with some proceeds rolled over into the funds identified in items 6 and 7 of the same section.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accura , true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___8/13/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2003** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |

| 1. **Person Reporting** *(Last name, first, middle initial)* Frank Montalvo | 2. **Court or Organization** Western District of Texas, El Paso division | 3. **Date of Report** May 7, 2004 |

| 4. **Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* District Judge- Active | 5. **Report Type (check appropriate type)** ___ Nomination, Date _____ ___ Initial   **X** Annual   ___ Final | 6. **Reporting Period** 1-1-03 to 12-31-03 |

| 7. **Chambers or Office Address** 511 East San Antonio Ave. Room 409 El Paso, TX 79901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| 1. Chairman | State of Texas Court Reporters Certification Board |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ **NONE** (No reportable agreements.) | |
| 1. 2003 | Bexar County, Texas _ retirement pension to begin at age 60 |
| 2. | |

RECEIVED May 17 10:58 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. **Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1. 1/1 to 8/7/03 | State of Texas | $ 66,748.05 |
| 2. 1/1 to 8/7/03 | Bexar County, Texas | $ 5,425.13 |
| 3. | | $ |

B. **Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1. 2003 | San Antonio College | |
| 2. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | Checci and Company Consulting | Transportation, lodging and food for trip to Colombia to speak at conference. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | San Antonio Bar Foundation | Investiture preparations, ceremony & reception | $ 11,000.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000
N=$250,001-$500,000      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000      P3=25,000,001-50,000,000      P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Frank Montalvo | May 7, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Vanguard IRA Funds Held: | | | | | | | | | |
| 2 European Stock Index | A | Dividend | J | T | | | | | |
| 3 Health Care | A | Dividend | K | T | | | | | |
| 4 Health Care | A | Distribut | K | T | | | | | |
| 5 International Growth | A | Dividend | J | T | | | | | |
| 6 Total Stock Mkt Index | A | Dividend | L | T | Rollover | 9/29 | K | N/A | |
| 7 Capital Opportunity | A | Dividend | M | T | Rollover | 9/29 | K | N/A | |
| 8 Wellesley Income | A | Dividend | J | T | | | | | |
| 9 Prime Money Market | none | N/A | J | T | | | | | |
| 10 Vanguard IRA stocks held: | | | | | | | | | |
| 11 Agere Sys C1A | none | N/A | J | T | | | | | |
| 12 Agere Sys Inc C1B | none | N/A | J | T | | | | | |
| 13 Avaya Inc. Com | none | N/A | J | T | | | | | |
| 14 Ford Motor Co. Com | A | Dividend | J | T | | | | | |
| 15 Lucent Technologies Com | none | N/A | J | T | | | | | |
| 16 Telecommunication Sys Cl A | none | N/A | J | T | | | | | |
| 17 Visteon Corp. Com | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Frank Montalvo | May 7, 2004 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Texas Saver 401k: | | | | | | | | | |
| Fidelity US Bond Index | A | Dividend | J | T | | | | | |
| ATT Wireless Svcs | none | N/A | J | T | | | | | |
| Agere Sys Cl B | none | N/A | J | T | Sale/transfer | 12/08 | J | loss | |
| Amerindo Tech Fund | none | N/A | J | T | | | | | |
| Dreyfus Midcap Value Fund | none | N/A | J | T | | | | | |
| Janus Specialty Equity | none | N/A | J | T | | | | | |
| Lucent Technologies | none | N/A | J | T | | | | | |
| Northern Midcap Growth | none | N/A | J | T | | | | | |
| Northern Technology | none | N/A | J | T | | | | | |
| SBC Communications | A | Dividend | J | T | | | | | |
| Schwab Total Stk. Index | A | Dividend | J | T | | | | | |
| Telecomm. Sys Cl A | none | N/A | J | T | | | | | |
| Schwab Govt. Money Fd. | A | Dividend | J | T | from 21 above | | | | |
| IRA accounts (spouse): | | | | | | | | | |
| Fidelity Independence Fund IRA | A | Dividend | K | T | from 34 below | | | | |
| Safeco Equity Fund IRA | A | Dividend | J | T | transferred to 33 above | 4/22 | J | loss | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Texas Tomorrow Fund | B | Dividend | K | T | | | | | |
| 36 Bexar County 457 Plan: | | | | | | | | | |
| 37 Janus Aspen | A | Dividend | J | T | | | | | |
| 38 Compt. Judiciary 457 plan: | | | | | | | | | |
| 39 ING Solomon Brothers | A | Dividend | J | T | Sale/transfer to 41& 42 | 4/11 | J | loss | |
| 40 Janus Aspen | A | Dividend | J | T | Sale/transfer to 41&42 | 4/11 | J | loss | |
| 41 Fidelity US Bond Index Fd | A | Dividend | J | T | from 39 & 40 above | | | | |
| 42 Vanguard Inst. Index Fd | A | Dividend | J | T | from 39 & 40 above | | | | |
| 43 Teachers Ret. System (spouse) | A | Interest | J | T | | | | | |
| 44 Texas Tomorrow Fund | B | Dividend | K | T | | | | | |
| 45 Retirement System of Texas | D | Interest | L | T | Redem/Roll | L | E | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frank Montalvo | May 7, 2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Regarding section IV, Reimbursements: Checci and Company Consulting is the administrator of a grant from the United States Agency for International Development to the Republic of Colombia for the improvement of the judicial system in Colombia. I was invited and traveled to Colombia to speak at the "Primer Encuentro Nacional entre la Justicia Formal y la Conciliación en Equidad".

Regarding section V, Gifts: Cash donations were made by various sponsors and given to the San Antonio Bar Foundation. The San Antonio Bar Foundation planned and paid all expenses attributable to the Investiture ceremony. This was a joint ceremony held for another newly appointed district judge and me. The amount listed is approximately one-half of monies received by the San Antonio Bar Foundation.

Regarding section VII, Investments and trusts: Retirement System of Texas (item 45) was redeemed upon termination of employment with the state of Texas, with some proceeds rolled over into the funds identified in items 6 and 7 of the same section.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I fur_____d honoraria and the acceptance of gifts which have been reported are in complianc_____.C. § 7353 and Judicial Conference regulations.

Signatur_____           Date _____ *May 7, 2003*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544